**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:17-CV-61508-ROSENBERG**

JUAN CARLOS SALVADOR,

     Plaintiff,

v.

BRICO, LLC, *doing business as*
AUTOBUY, *et al.*,

     Defendants.

_____/

## FINAL JUDGMENT ON FEES AND COSTS

Final judgment is hereby entered in favor of Plaintiff Juan Carlos Salvador against Defendants Brico, LLC, Anthony G. Maida, and Mark A. Maida, jointly and severally, in the total amount of $18,290.92, consisting of $16,345 in attorney's fees and $1,945.92 in costs, together with interest thereon at the statutory rate, for which let execution issue.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of June, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
*Pro se* Defendants